IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEMEKE ENCHALLEW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN/JANE DOE CIA POLICE OFFICERS 1–10, in their individual capacities,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-1628 (PTG/LRV) |

## UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6, the United States of America respectfully moves for a 31-day enlargement of time to respond to the complaint, until and including February 9, 2026. The good cause for this relief is as follows:

1.　Plaintiff filed this action *pro se* on September 29, 2025, seeking approximately $3.5 million in damages under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), for alleged violations of his constitutional rights in connection with a traffic stop at the Central Intelligence Agency. Dkt. 1. Although the U.S. Attorney's Office received service of the complaint and summons, undersigned counsel are not aware that any of the individual officer defendants have been served. Consequently, pursuant to Federal Rule of Civil Procedure 12(a)(3), none of the defendants' time to answer has yet begun to run.

2.　Nevertheless, in an abundance of caution, undersigned counsel previously moved—with Plaintiff's consent—for an enlargement of the answer period using the date of service on the U.S. Attorney's Office as a guidepost. Dkt. 6. The grounds for that motion were that

undersigned counsel had not been able to perform work on the case for much of the original 60-day answer period due to the lapse of federal appropriations in October and November 2025, as well as the need to coordinate representation of the individual defendants with their employing agency and the Department of Justice. *See id.* ¶¶ 2–3. The undersigned specifically noted that additional time may be required to complete this representation-authorization process. *Id.* ¶ 4 n.2.

3.  The Court granted the motion, extending the answer period to and including January 9, 2026. Dkt. 7.

4.  Despite the diligent efforts of all involved, the representation-authorization process remains ongoing. Accordingly, and again in an abundance of caution, the United States respectfully requests a 31-day enlargement of the answer period, to and including February 9, 2026.[*]

5.  There is no potential prejudice to any party if the motion is granted. No hearings have been scheduled in this action, and there are no pending deadlines (other than the defendants' initial response to the complaint pursuant to Rule 12(a)); therefore, an enlargement of time would not affect any current proceedings in this Court.

6.  Undersigned counsel attempted to confer with Plaintiff but were unable to obtain his position regarding the relief sought in this motion.

7.  A proposed order is attached for the Court's convenience.

//

//

---

[*] The United States will strive to accomplish all necessary steps to meet this extended deadline. If additional time is needed, however, the United States may seek another appropriate extension.

Dated: January 9, 2026

Respectfully submitted,

LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant United States Attorney

*By*:  _____/s/_____
MEGHAN E. LOFTUS
PETER B. BAUMHART
Assistant United States Attorneys
Office of the United States Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3757/3738
Fax:         (703) 299-3983
Email:  Meghan.Loftus@usdoj.gov
             Peter.Baumhart@usdoj.gov

*Counsel for United States of America*

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 9, 2026, the foregoing was electronically filed using the CM/ECF system. The undersigned further certifies that a copy of the foregoing was mailed to the *pro se* Plaintiff via the U.S. mail in a postpaid envelope addressed as follows:

Demeke Enchallew
1415 Tuckerman St. NW, Apt. 119
Washington, D.C. 20011

 /s/
PETER B. BAUMHART
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3738
Fax: (703) 299-3983
Email: Peter.Baumhart@usdoj.gov

*Counsel for United States of America*